**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| TRUST UNDER DEED OF WALLACE F. OTT | : | No. 15 EAL 2022 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| PETITION OF: PNC BANK, N.A. | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 16th day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.